# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Albert Esposito,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                         3:08cv29

USA,

       Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/2/2009 Order.

                                            Signed: April 2, 2009

                                            */s/ Frank G. Johns*

                                            Frank G. Johns, Clerk
                                            United States District Court